# Order

Michigan Supreme Court
Lansing, Michigan

January 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

148981(86)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
      Defendant-Appellant.

_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

On order of the Chief Justice, the motion of defendant-appellant to file a response to the supplemental authority submitted by amicus curiae Gratiot County Prosecutor is GRANTED. The response submitted on January 11, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2021         

Clerk